JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI SMITH, | Case No. CV 16-7700-JAK (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| NAPA STATE HOSPITAL, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 3/10/17

HONORABLE JOHN A. KRONSTADT
United States District Judge